Great American Insurance Company, New York, Appellant, v. Stephen Kotesa, Appellee.

Gen. No. 45,565.

Julius S. Neale, and Walter E. Moss, for appellant; O'Brien, Hanrahan & Keogh, for appellee; John D. Pope, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.